UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Muhammad Jalal Deen Akbar, Sr., | No. 2:22-cv-2276 KJM DB (PS) |
| Plaintiff, | ORDER |
| v. | |
| Ashanti Publishing Group, et al., | |
| Defendants. | |

The court received a shoe box of documents from Muhammad Jalal Deen Akbar, Sr., with a handwritten title page stating, "Please find this 1st litigation." The court has carefully reviewed these documents. It construes certain of the documents, handwritten by Mr. Akbar, as a civil complaint against defendants Ashanti Publishing Group, Antonio Eugene Moses, and Arthur A Cappilla.[1]  *See* ECF No. 1.

The remainder of the documents are unredacted medical records and other personal files. It is unclear whether these documents relate to this lawsuit or were inadvertently included. Because they are primarily medical records, they are filed under seal.  ECF No. 2.

Under Local Rule 302(c)(21), this case is referred to a magistrate judge for all further proceedings not inconsistent with this order.

---

[1] The court notes Mr. Akbar included eight identical copies of this set of documents, although just one set is being filed on the court's docket.

1

1      IT IS SO ORDERED.

2   DATED: December 21, 2022.

3

_____
CHIEF UNITED STATES DISTRICT JUDGE