UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD JALAL DEEN AKBAR, SR.,<br><br>Plaintiff,<br><br>v.<br><br>ASHANTI PUBLISHING GROUP, et al.,<br><br>Defendants. | No. 2:22-cv-2276 KJM DB PS<br><br>ORDER |

  Plaintiff Muhammad Jalal Deen Akbar Sr. is proceeding in this action pro se. This matter was referred to the undersigned in accordance with Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1). Pending before the Court are plaintiff's complaint and motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (ECF Nos. 1 & 5.)

  Plaintiff recently submitted to the Court for filing a large collection of seemingly random documents. Because the relevance and necessity of the documents is unclear, as well as because of the burden placed on the Clerk's Office if tasked with filing the irrelevant documents, the documents will be returned to plaintiff.

  Plaintiff is advised that at this time plaintiff need not submit any additional documents for filing. Plaintiff's recently filed complaint is pending screening. Once plaintiff's complaint is

////

1

screened an order or findings and recommendations will be issued and served upon plaintiff. The filing of the order or findings and recommendations will allow plaintiff an opportunity to respond.

    Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court return the documents submitted by plaintiff.

Dated: January 13, 2023

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.pro se\akbar2276.filings.ord