UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MUHAMMAD JALAL DEEN AKBAR, SR., | No. 2:22-cv-02276 KJM DB PS |
| Plaintiff, | ORDER |
| v. | |
| ASHANTI PUBLISHING GROUP, et al., | |
| Defendants. | |

On May 17, 2023, this court adopted the magistrate judge's findings and recommendations and dismissed plaintiff's action without prejudice. Prior Order (May 17, 2023), ECF No. 13. Plaintiff now moves to appoint counsel. Mot., ECF No. 15. But neither plaintiff's motion nor his accompanying filings, *see* Affidavits, ECF No. 16, ECF No. 18; Decl., ECF No. 17, state any claim on which relief could be granted. In fact, much of the information plaintiff includes in his new filings is similar to the information in his first amended complaint, *compare* Mot. and Decl. *with* First Am. Compl., ECF No. 7, the merits of which have already been addressed by the magistrate judge, F&R, ECF No 11, and therefore also by this court. Thus, the court **denies plaintiff's motion to appoint counsel**.

This order resolves ECF No. 15.

/////

1

1   IT IS SO ORDERED.
2   DATED: June 27, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE