UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Muhammad Jalal Deen Akbar, Sr., | No. 2:22-cv-02276-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Ashanti Publishing Group, et al., | |
| Defendants. | |

Judgment has been entered in this case, which is now closed.  *See* F&Rs, ECF No. 11, *adopted in full*, ECF No. 13; Judgment, ECF No. 14.  Plaintiff recently filed two documents related to benefits he received from the Department of Veterans Affairs.  ECF Nos. 22, 23.  The purpose of these filings is unclear.  The court therefore disregards them and will disregard any similar filings in the future without a further order.

IT IS SO ORDERED.

DATED: July 10, 2023.

CHIEF UNITED STATES DISTRICT JUDGE

1